Magistrate Judge J. Richard Creatura

FILED _____ LODGED
_____ RECEIVED

**MAY 1 2 2009**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. MJ 09- 5126 |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION |
| VICTOR MARK BALDWIN, | ) Title 21, United States Code, |
| Defendant. | ) Sections 841(a)(1), 841(b)(1)(A), and |
| | ) Title 18, United States Code, Section 2 |

BEFORE , United States Magistrate Judge, J. Richard Creatura, Tacoma, Washington.

## COUNT 1

### (Possession of Methamphetamine with Intent to Distribute)

On or about October 27, 2008, at Bremerton, in Kitsap County, within the Western District of Washington, VICTOR MARK BALDWIN, knowingly and intentionally did possess, and did aid and abet the possession of, with intent to distribute, methamphetamine, a substance controlled under Schedule II of Title 21, United States Code, Section 812.

It is further alleged that the above offense involved fifty (50) grams or more of actual methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Complaint/Baldwin - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The undersigned complainant being duly sworn states:

1.      I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since July 2000. I am currently assigned to the DEA Tacoma Resident Office in the Seattle Field Division. In that capacity, I investigate violations of the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.).

2.      I have completed the DEA Basic Agent Training Course, Complex Investigation and Conspiracy courses, as well as other training courses related to narcotics and financial investigations. I have participated in more than 90 federal narcotics investigations and participated in the service of more than 90 federal search warrants. These investigations have focused on organizations involved in the distribution of cocaine, cocaine base (crack), heroin, methamphetamine, marijuana, MDMA (ecstasy), and other controlled substances. Prior to joining the DEA, I was a State Trooper with the West Virginia State Police from 1992 until 2000. As part of my regular duties as a Trooper, I investigated narcotics violators and organizations and I am a member of a regional narcotics and violent crime enforcement task force.

3.      As a result of my training and experience, I have an understanding of the manner in which narcotics are distributed and the various roles played by individuals and groups in their distribution. I have encountered and become familiar with the structure, distribution, administration, cash management and general conduct of large-scale and interstate/international narcotics trafficking organizations.

4.      This affidavit is based on information provided to me by other law enforcement personnel, in both oral and written form, and my review of the investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only those facts and circumstances that I believe are sufficient to establish probable cause.

5.      On or about October 20, 2008, Detective Floyd May of the Bremerton Police Department was contacted by a Bremerton Police confidential source, hereinafter referred to as CS. The CS stated that VICTOR BALDWIN sold methamphetamine in quantities ranging from

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 "20 sacks" (i.e., $20 worth of methamphetamine) to pounds of methamphetamine. According to

2 the CS, BALDWIN obtained multi-pound quantities of methamphetamine during regular

3 monthly trips to California. The CS advised that she/he had personally observed BALDWIN in

4 the possession of approximately one pound of methamphetamine, approximately three pounds of

5 marijuana, four hundred OxyContin tablets (each about 80 milligrams), and several thousand

6 ecstasy pills. According to the CS, BALDWIN obtained the OxyContin from individuals with

7 prescriptions.

8       6.       The CS advised that he/she had been inside BALDWIN's residence, located at

9 706 ½ 8th Street in Bremerton, Washington, in mid-October 2008, and had observed

10 approximately three pounds of marijuana, one hundred ecstasy pills, and two to three ounces of

11 methamphetamine in the residence. The CS advised that BALDWIN kept the methamphetamine

12 in a green safe within the residence and maintained digital scales and packaging materials for the

13 methamphetamine. The CS admitted that he/she used methamphetamine with BALDWIN on

14 several occasions and that she/he purchased methamphetamine from BALDWIN most recently

15 on October 18, 2008.

16       7.       On or about October 22, 2008, Detective May contacted and again spoke with the

17 CS. The CS told Detective May that he/she had been in BALDWIN's residence since

18 October 18, 2008, and observed BALDWIN in possession of approximately two to three ounces

19 of methamphetamine, three pounds of marijuana, and a small quantity of OxyContin tablets.

20 The CS also observed several methamphetamine and marijuana smoking pipes and other drug

21 paraphernalia in BALDWIN's residence.

22       8.       The CS provided services and information to the Bremerton Police Department in

23 return for a positive recommendation to the Kitsap County Prosecutor's Office for pending

24 criminal charges (driving offenses) against the CS. The CS provided specific details about

25 BALDWIN's associates and his drug dealing operations that have been corroborated by

26 Detective May's own investigation. The CS is familiar with the packaging, distribution, and

27 sales of marijuana, methamphetamine, MDMA, oxycodone, and drug paraphernalia.

28       9.       On October 24, 2008, Detective May applied for and received a Kitsap County

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Superior Court search warrant for BALDWIN's residence located at 706 ½ 8th Street,

2  Bremerton, Washington.

3       10.    On October 27, 2008, at approximately 3:35 p.m., the Bremerton Police

4  Department's Special Operations Group (SOG) executed the search warrant at 706½ 8th Street

5  in Bremerton, Washington.  During the execution of the search warrant, BALDWIN and three

6  other individuals (Kendra Griesser, Michaela Calanda, and Aron Sunderland) were located

7  inside the residence.

8       11.    Detectives searched the residence.  They discovered drug paraphernalia, including

9  electronic scales, packaging, and smoking pipes.  While searching a bathroom in the residence, a

10  detective located a silver digital scale with a white powder residue.  Next to the scale, the

11  detective found a cloth bag containing $4,708 in United States currency, three (3) plastic baggies

12  containing a white crystalline substance, and a plastic baggie containing suspected marijuana.

13  Inside the cloth bag, the detective also located a wallet, which contained cash and identification

14  cards in BALDWIN's name.

15       12.    At the conclusion of the search warrant execution, SOG detectives processed and

16  sealed all of the drug and non-drug evidence in accordance with Bremerton Police Department

17  guidelines and policies.  BALDWIN was transported to the Kitsap County Jail and was booked

18  for Possession of a Controlled Substance with Intent to Distribute.

19       13.    On January 29, 2009, Detective May obtained the three plastic baggies containing

20  the white crystalline substance, hereinafter referred to as Exhibits 1 through 3, from the

21  Bremerton Police evidence custodian and turned them over to me at the DEA Tacoma Resident

22  Office.  On the same date, I secured the evidence in the Tacoma Resident Office drug vault for

23  safekeeping.  On January 30, 2009, I mailed Exhibits 1-3 to the DEA Western Laboratory for

24  analysis and safekeeping.

25       14.    On February 19, 2009, Exhibits 1-3 were analyzed at the DEA laboratory with

26  results showing that all three exhibits contained methamphetamine.  The largest of the three

27  exhibits, Exhibit 1, had a net weight of 110.3 grams with a purity of approximately 97.8%.  The

28  analysis showed that Exhibit 1 contained 107.8 grams of actual (pure) methamphetamine.

Complaint/Baldwin - 4

1    15.    Based on my training and experience, I know that this quantity of

2  methamphetamine coupled with other evidence including the digital scale, $4,708 in United

3  States currency, and packaging in separate plastic sacks, is consistent with the distribution of

4  controlled substances for profit rather than simply possession for personal use.

5    16.    Based on the foregoing, I have probable cause to believe that BALDWIN

6  knowingly and intentionally did possess, and did aid and abet the possession of, with intent to

7  distribute, methamphetamine, a substance controlled under Schedule II of Title 21, United States

8  Code, Section 812, and that this offense involved fifty (50) grams or more of actual

9  methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and

10  841(b)(1)(A), and Title 18, United States Code, Section 2.

11

12

13                                    _____

14                                    STEPHEN VERDOW,
                                      Complainant
                                      DEA Special Agent
15
        Based on the Complaint and Affidavit sworn to before me, and subscribed in my
16
   presence, the Court hereby finds that there is probable cause to believe the defendant committed
17
   the offense set forth in the complaint.
18
        Dated this 12th day of May, 2009.
19

20

21

22                                    _____
                                      J. RICHARD CREATURA
23                                    United States Magistrate Judge

24

25

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800